**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

July 20, 2021

LETTER TO COUNSEL

    Re:    *Just Puppies, Inc., et al. v. Brian E. Frosh, et al.*
            Civil No.:  ELH-21-1281

Dear Counsel:

    This will confirm the substance of our discussions during the emergency telephone conference held on July 20, 2021.

    Unfortunately, an attorney in this case (who shall remain unnamed for privacy reasons) has contracted COVID-19, despite having been vaccinated. Therefore, with the consent of all counsel, I have rescheduled the hearings, presently set for July 26, July 27, and July 28, 2021.

    Subject to the availability of witnesses, the hearing shall proceed on **August 9, August 10, and August 11, 2021, beginning each day at 10:00 a.m.** The hearings on August 9 and August 11 will be held in Courtroom 5B. The hearing on August 10, 2021, involving out-of-state witnesses, shall be conducted via Zoom.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                      Sincerely,

                      /s/
                      Ellen Lipton Hollander
                      United States District Judge